THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN WILLIAMS                                                                                    PLAINTIFF

v.                              Case No. 3:23-cv-00130 KGB

CITY OF PARAGOULD
and JOSH AGEE, in his individual and
official capacity as Mayor of Paragould, Arkansas                                DEFENDANTS

## JUDGMENT

  Before the Court is the notice of acceptance of offer of judgment of plaintiff John Williams (Dkt. No. 6).  Mr. Williams represents that he has accepted the offer of judgment from defendants the City of Paragould and Josh Agee, in his individual and official capacity as Mayor of Paragould, Arkansas.  Pursuant to the notice of acceptance of offer of judgment and Federal Rule of Civil Procedure 68, judgment is hereby entered in favor of Mr. Williams and against the City of Paragould and Mr. Agee in the amount of $2,500.00 for all claims asserted in this case.  The parties agree that Mr. Williams's litigation expenses and attorney's fees through the date of the offer of judgment will be agreed to by the parties or submitted pursuant to Federal Rule of Civil Procedure 54 for consideration by the Court.

  So adjudged this 7th day of August, 2023.

                      _____
                      Kristine G. Baker
                      United States District Judge